**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:18-cr-00562-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Kevin MAURICE WILSON,

    Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that the Defendant, Kevin Maurice Wilson, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI La Tuna, located in Anthony, Texas, before 2:00 p.m. on Wednesday, July 17, 2019, and will travel at his own expense.

    DATED at Denver, Colorado, this    2nd    day of July, 2019.

BY THE COURT:

_Christine M. Arguello_
Christine M. Arguello
United States District Judge